

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 2423(a) – Transportation of a Minor For Prostitution; 18 U.S.C. § 2428 – Forfeiture of Proceeds and Facilitating Property in Transportation for Prostitution

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:  See Attachment A

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**
→ EUGENE LATRELL MCNEELY

**DISTRICT COURT NUMBER**
CR17-00204   JD

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WILLIAM J. GULLOTTA, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

FILED
APR 20 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction          ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                  Before Judge:

Comments:

## ATTACHMENT A
### *United States v. Eugene McNeely*
### Penalty Sheet

Count One
18 U.S.C. § 2423(a) – Transporting a minor for prostitution

| | |
|---|---|
| Maximum Term of Imprisonment: | Life |
| Minimum mandatory term of imprisonment: | 10 years |
| Maximum Fine: | $250,000 |
| Maximum Term of Supervised Release: | Life |
| Minimum term of Supervised Release: | 5 years |
| Mandatory Special Assessment: | $100 + $5,000 special assessment for "non-indigent" defendants (18 U.S.C. § 3014(a)(4)) |

Restitution
Forfeiture

1

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland

UNITED STATES OF AMERICA,

V.

EUGENE LATRELL MCNEELY,

a/k/a "Sleepy"
a/k/a "Slim Sleep da Mac"
a/k/a "Slim,"

FILED

APR 20 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

CR17-00204 JD

DEFENDANT.

INDICTMENT

18 U.S.C. § 2423(a) – Transportation of a Minor For Prostitution;
18 U.S.C. § 2428 – Forfeiture of Proceeds and Facilitating Property in Transportation for Prostitution

A true bill.

_____
Foreman

Filed in open court this 20th day of April 2017

_____
Clerk

4/20/17

Bail, $ no bail warrant

1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  WILLIAM J. GULLOTTA (CTBN 423420)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        William.Gullotta@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        )  CASE NO. CR17-00204
                                      )
14 |       Plaintiff,                 )
                                      )
15 |    v.                            )  VIOLATION: 18 U.S.C. § 2423(a) – Transportation
                                      )  of a Minor For Prostitution; 18 U.S.C. § 2428 –
                                      )  Forfeiture of Proceeds and Facilitating Property in
16 | EUGENE LATRELL MCNEELY,          )  Transportation for Prostitution
                                      )
17 |     a/k/a "Sleepy"               )
         a/k/a "Slim Sleep da Mac"    )
18 |     a/k/a "Slim,"                )
                                      )
19 |       Defendant.                 )

20
                              I N D I C T M E N T
21

22  The Grand Jury charges:

23  COUNT ONE  (18 U.S.C. § 2423(a) – Transportation of Minor for Prostitution)

24      1.     On or about October 3, 2015, in the Northern District of California and elsewhere, the

25  defendant,

26                            EUGENE LATRELL MCNEELY,
                                   a/k/a "Sleepy"
27                              a/k/a "Slim Sleep da Mac"
                                     a/k/a "Slim,"
28

INDICTMENT

did knowingly transport an individual, H.S., who had not attained the age of 18 years, in interstate commerce, from Oregon to California, with the intent that the individual engage in prostitution, all in violation of Title 18, United States Code, Section 2423(a).

<u>FORFEITURE ALLEGATION</u> (18 U.S.C. § 2428 – Forfeiture of Proceeds and Facilitating Property in Transportation of Minors for Prostitution)

2. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

3. Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2423, the defendant,

EUGENE LATRELL MCNEELY,
a/k/a "Sleepy"
a/k/a "Slim Sleep da Mac"
a/k/a "Slim,"

shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to a money judgment.

If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

///
///
///

INDICTMENT

United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED: 4/20/17

A TRUE BILL.

*[signature]*
FOREPERSON

BRIAN J. STRETCH
United States Attorney

*[signature]*

ELISE BECKER
Deputy Chief, Criminal Division

(Approved as to form: *[signature]* )
WILLIAM J. GULLOTTA, AUSA

INDICTMENT