1  KENNETH H. WINE(#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:  (415) 621-2400
   Facsimile: (415) 575-9930
4  email: kenwine@hotmail.com

5  Counsel for EUGENE McNEELY

6

7                    IN THE UNITED STATES DISTRICT COURT

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,              )   CR-17-204 JD
                                          )
11                        Plaintiff,      )   STIPULATION TO CONTINUE
                                          )   STATUS DATE, AND
12         v.                             )   [PROPOSED] ORDER THEREON
                                          )
13 EUGENE LATRELL McNEELY,                )
                                          )
14                        Defendant.      )
   _____    )

15

16

17 The parties stipulate as follows:

18         1.    CJA counsel Kenneth Wine was recently appointed to represent Mr. McNeely about

19 a month ago. Discovery has been produced by prior CJA counsel, and it is voluminous, in excess of

   15,000 pages.

20
         2.    The case is next set on February 28, 2018 for a status.
21
         3.    The parties have been diligent in discussing outstanding discovery issues and
22
   potential resolution of the case.  There are still issues remaining that require additional effort by both
23
   parties prior to resolution or trial setting.
24
         3.    We are requesting that the pending status conference be continued for 4 weeks, until
25
   March 28, 2018.
26

4.      The parties agree that this time is excludable from the Speedy Trial Act for effective preparation of counsel under 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: February 16, 2018                    /s/ Kenneth Wine
                                            Kenneth H. Wine, Esq.
                                            Attorney for Defendant
                                            EUGENE MCNEELY

DATED: February 16, 2018                    /s/ William Gullotta
                                            William Gullotta, AUSA
                                            Attorney for Plaintiff
                                            UNITED STATES

## ORDER

UPON STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING:

It is hereby ordered that Defendant Eugene McNeely's Status Conference be continued from February 28, 2018, to March 28, 2018 at 9:30 a.m., and that time will be excluded under 18 U.S.C. 3161(h)(7)(B)(iv) for effective preparation of counsel.

DATED: February  21, 2018                    _____
                                            HON. JAMES DONATO
                                            U.S. DISTRICT COURT