ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

WILLIAM J. GULLOTTA (CTBN 423420)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    William.Gullotta@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 17-00204 JD |
|     Plaintiff, ) | |
|     v. ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING FROM SEPTEMBER 5, 2018, TO OCTOBER 10, 2018 |
| EUGENE LATRELL MCNEELY, ) | |
|     Defendant. ) | |

    The defendant, Eugene Latrell McNeely, by and through his attorney, Kenneth H. Wine, and the government, by and through its attorneys, Alex G. Tse, Acting United States Attorney, and William J. Gullotta, Assistant U.S. Attorney, hereby jointly request that the sentencing hearing in the above-captioned matter currently scheduled for September 5, 2018, be continued to October 10, 2018.

    Undersigned counsel for the government will be out of the country on September 5, 2018, and unable to attend the sentencing hearing currently scheduled for that date. The next Wednesday on which all parties, including the Probation Officer, are available is October 10, 2018. Therefore, the parties request that the sentencing hearing be continued to October 10, 2018.

    The defendant has pleaded guilty, and therefore there are no Speedy Trial Act issues associated

///

with this request.

IT IS SO STIPULATED.

DATED: July 11, 2018                    Respectfully submitted,

                                        ALEX G. TSE
                                        Acting United States Attorney


                                        _____/s/_____
                                        WILLIAM J. GULLOTTA
                                        Assistant United States Attorney


DATED: July 11, 2018                    _____/s/_____
                                        KENNETH H. WINE
                                        Attorney for Defendant McNeely


### [~~PROPOSED~~] ORDER

Based upon the representations of counsel and for good cause shown, **IT IS HEREBY ORDERED** that the sentencing hearing in this matter is continued from September 5, 2018, to October 10, 2018, before the Honorable James Donato.

DATED: 7/23/18                          _____
                                        THE HONORABLE JAMES DONATO
                                        United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 17-00204 JD                          2