ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KATHERINE M. LLOYD-LOVETT (CABN 276256)
ROSS WEINGARTEN (NYBN 5236401)
Assistant United States Attorneys

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Katherine.Lloyd-Lovett@usdoj.gov
    Ross.Weingarten@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 17-00204 JD |
| Plaintiff, | STIPULATION REGARDING REQUEST FOR CONTINUANCE OF MOTIONS BRIEFING AND HEARING SCHEDULE |
| v. | |
| EUGENE LATRELL MCNEELY, | |
| Defendant. | |

       Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorneys Katherine M. Lloyd-Lovett and Ross Weingarten, and defendant, by and through his counsel of record, John Jordan, hereby stipulate as follows:

       1.     On December 5, 2018, defendant filed four motions: (1) a motion to suppress; (2) a motion for bill of particulars; (3) a motion for discovery; and (4) a motion for disclosure of Federal Rule of Evidence 404(b) evidence. Dkts. 76–79.

       2.     Before the time of the filing of the motions and in the following days, the parties were actively engaged in plea negotiations. However, those plea negotiations were unsuccessful and

1  terminated on December 10, 2018.

2      3.    On December 10, 2018, the Court vacated the trial date of February 4, 2019, in this
3  matter, as well as the January 24, 2019, pretrial conference, in light of defendant's new motions and the
4  Court's trial calendar.  Dkt. 81.  The Court directed the parties to jointly propose new dates for the
5  pretrial conference and trial in May or June 2019.  *Id.*  The parties are currently meeting and conferring
6  about the appropriate dates to propose to the Court.

7      4.    Pursuant to the Court's October 10, 2018, Minute Order, the government's opposition
8  briefs to defendant's pending motions are currently due on December 20, 2018, with the defendant's
9  replies due January 2, 2019.  Dkt. 66.  A hearing on the motions is set for January 9, 2019.  *Id.*

10      5.    Given the continuance of the date set for trial and the time expended by the parties on
11  their recently concluded efforts at resolving this case, the parties respectfully request that the Court
12  continue the briefing schedule on defendant's pending motions, as well as the hearing date on the
13  motions.  The parties respectfully request the following proposed schedule:

14      **January 9, 2019**:    Government's Oppositions Due
15      **January 23, 2019:**    Defendant's Replies Due
16      **February 6, 2019 at 10:30 a.m.**:    Hearing on Defendant's Motions

17      6.    The undersigned Assistant United States Attorneys certify that they have obtained
18  approval from counsel for the defendant to file this stipulation and proposed order.

19

20      IT IS SO STIPULATED.

21

22  DATED:  December 11, 2018    ALEX G. TSE
    United States Attorney
23

24          /s/
    KATHERINE M. LLOYD-LOVETT
25      ROSS WEINGARTEN
    Assistant United States Attorneys
26

27  DATED:  December 11, 2018    /s/
    JOHN JORDAN
28      Counsel for Defendant EUGENE MCNEELY

STIPULATION REGARDING REQUEST FOR CONTINUANCE OF MOTIONS SCHEDULE
CR 17-00204 JD

1  **[PROPOSED] ORDER**

2  The Court has read and considered the Stipulation Regarding Request for Continuance of
3  Motions Briefing and Hearing Schedule, filed by the parties in this matter.

4  For good cause shown, the motions briefing deadlines and hearing scheduled in the Court's
5  Order of October 10, 2018 (Dkt. 66) are **hereby continued** to the following dates:

6      **January 9, 2019:**    Government's Oppositions Due
7      **January 23, 2019:**    Defendant's Replies Due
8      **February 6, 2019 at 10:30 a.m.:**    Hearing on Defendant's Motions

9  IT IS SO ORDERED.

11  DATED: 12/18/18

HON. JAMES DONATO
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING REQUEST FOR CONTINUANCE OF MOTIONS SCHEDULE
CR 17-00204 JD