ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ROSS WEINGARTEN (NYBN 5236401)
SHEILA A.G. ARMBRUST (CABN 265998)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6747
    FAX: (415) 436-6961
    ross.weingarten@usdoj.gov
    sheila.armbrust@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 1700204 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING TRIAL AND PRETRIAL FILINGS** |
| v. | |
| EUGENE LATRELL MCNEELY | |
| Defendant. | |

On December 10, 2018, the Court directed the parties to propose jointly a pretrial conference and trial date for May or June 2019. ECF No. 81. The parties have conferred and jointly propose the following dates, subject to the Court's availability:

- Wednesday, April 24, 2019: Pretrial Conference
- Monday, May 6, 2019: Jury Selection and Trial

The parties further agree that fourteen days before the Pretrial Conference, the parties shall file any motions *in limine* to be heard prior to the commencement of trial and will provide a list of exhibits to the other party. The parties also agree that seven days before the Pretrial Conference, the parties shall file (1) jointly proposed jury instructions, (2) separately proposed jury instructions, (3) a pretrial conference statement, (4) objections to evidence, (5) jointly proposed voir dire, (6) witness lists, (7) verdict forms, and (8) responses to motions *in limine*.

**IT IS SO STIPULATED.**

Dated: January 3, 2019

ALEX G. TSE
United States Attorney

/s/
ROSS WEINGARTEN
SHEILA A.G. ARMBRUST
Assistant United States Attorneys

Dated: January 3, 2019

/s/
JOHN JORDAN
Counsel for Eugene Latrell McNeely

**ORDER**

The Court sets jury selection and trial to begin on Monday, June 3, 2019. The pretrial conference will be held on Wednesday, May 15, 2019, at 1:30 p.m. The Court approves the parties' stipulated schedule for their pre-trial filings.

DATED: January 11, 2019

HON. JAMES DONATO
United States District Judge