1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROSS WEINGARTEN (NYBN 5236401)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7246
7       Ross.Weingarten@usdoj.gov

8  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 17-204 JD |
|---|---|
| Plaintiff, | ) STIPULATION REGARDING RESTITUTION PAYMENTS |
| v. | ) |
| EUGENE LATRELL MCNEELY, | ) |
| Defendant. | ) |

The parties hereby stipulate that the attached proposed order correctly sets forth the parties' agreements and stipulations regarding the restitution amount that the defendant owes and the entities entitled to receive such payments. The attached proposed order obviates the need for a hearing to decide the amount of restitution in this case.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION PAYMENTS
CR 17-204 JD

IT IS SO STIPULATED.

Dated: April 6, 2020                                /s/
                                                    JOHN JORDAN
                                                    Attorney for Defendant Eugene Latrell McNeely

Dated: April 6, 2020                                /s/
                                                    ROSS WEINGARTEN
                                                    Assistant United States Attorney

| | |
|---|---|
| 1 | DAVID L. ANDERSON (CABN 149604)<br>United States Attorney |
| 2 | |
| 3 | HALLIE HOFFMAN (CABN 210020)<br>Chief, Criminal Division |
| 4 | ROSS WEINGARTEN (NYBN 5236401) |
| 5 | Assistant United States Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7246<br>Ross.Weingarten@usdoj.gov |
| 6 | |
| 7 | |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 17-204 JD |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER REGARDING |
| | ) | RESTITUTION PAYMENTS |
| v. | ) | |
| | ) | |
| EUGENE LATRELL MCNEELY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Defendant Eugene Latrell McNeely entered a plea of guilty to Count One in the captioned superseding indictment. At sentencing this Court deferred the question of restitution. Based upon the parties' stipulations and agreements, IT IS HEREBY ORDERED that the total restitution owed by Defendant McNeely is $54,800.

Defendant is ordered to pay $54,800 in trust to the victims in this case, to be distributed in accordance with the victim loss list, which is to be provided to Probation. The Court will issue a judgment that reflects the restitution order. Lump sum payment of $54,800 is due immediately and as follows: when incarcerated, payment of criminal monetary penalties are due during imprisonment at the

STIPULATION AND [PROPOSED] ORDER REGARDING RESTITUTION PAYMENTS
CR 17-204 JD

rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102. Payment during the term of supervised release will commence within 60 days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time. The defendant does not have the ability to pay interest and it is ordered that the interest requirement is waived. Any established payment plan set by the court will not preclude enforcement efforts by U.S. Attorney's Office if the defendants have the ability to pay more than the minimum due.

IT IS SO ORDERED.

DATED: April 14, 2020

_____
HON. JAMES DONATO
United States District Court Judge